# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| General Atomics Aeronautical Systems, Inc. ) | ASBCA No. 61632 |
| ) | |
| Under Contract No. FA8620-05-G-3028 ) | |

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
Erin N. Rankin, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Kyle E. Gilbertson, Esq.
Christopher M. Judge, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated: October 22, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61632, Appeal of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals